**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JAMES CARL KELLY,

Petitioner,

v.

GAVIN NEWSOM, et al.,

Respondents.

No. 1:26-cv-01521 JLT EPG (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING CLERK OF COURT TO CLOSE CASE, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY

(Doc. Nos. 1, 6)

James Carl Kelly is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus under 28 U.S.C. § 2254. The assigned magistrate judge performed a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Section 2254 cases and found the petition does not state a cognizable habeas claim challenging the fact or duration of his confinement. (Doc. 6 at 1-2.) Rather, the magistrate judge found the claim raised—which related to an incident in which a nurse blew Petitioner a kiss—concerned the conditions of confinement. (*Id.* at 2.) The magistrate judge found conversion to a civil rights claim was not proper for this matter, and recommended the petition be dismissed. (*Id.* at 2-3.)

The Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 30 days. (Doc. 6 at 3.) The Court also advised Petitioner that the failure to file timely objections may result in the waiver of certain rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Petitioner did not file objections,

and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendation are supported by the record and proper analysis.

Having found that Petitioner is not entitled to habeas relief, the Court now turns to whether a certificate of appealability should issue. A petitioner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is only allowed in certain circumstances. *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003); 28 U.S.C. § 2253. The Court should issue a certificate of appealability if "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 & n.4 (1983)). In the present case, reasonable jurists would not find the Court's determination that the petition should be dismissed debatable or wrong, or that Petitioner should be allowed to proceed further. Therefore, the Court declines to issue a certificate of appealability.

Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 15, 2026 (Doc. 6) are **ADOPTED** in full.
2. The petition for writ of habeas corpus is **DISMISSED**.
3. The Clerk of Court is directed to **CLOSE** this case.
4. The Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Dated: July 11, 2026

[signature]
UNITED STATES DISTRICT JUDGE